# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| KAREN SHOCKLEY, | : | No. 106 EM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LANH NGUYEN AND THAO VU, | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2019, the "Petition for Review for Application to Stay Transmission of Record" is DENIED.